# EXHIBIT # 2

**From:** Lajewski, Leslie A. leslie.lajewski@ogletree.com
**Subject:** RE: Moyle, et al. v. UPS. 503187/2024
**Date:** February 12, 2024 at 1:42 PM
**To:** Tyrone Blackburn tblackburn@tablackburnlaw.com, Laura Watanabe LWatanabe@welgpllc.com

Hello Tyrone,

I do not know if my client will waive service of process or allow me to accept service of this or any of the other complaints you mentioned in your email below.

Allow me to find out and get back to you.

Regards,

Leslie

**Leslie A. Lajewski | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2322
leslie.lajewski@ogletree.com | www.ogletree.com | Bio

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, February 12, 2024 1:29 PM
**To:** Lajewski, Leslie A. <leslie.lajewski@ogletreedeakins.com>; Laura Watanabe <LWatanabe@welgpllc.com>
**Subject:** Moyle, et al. v. UPS. 503187/2024

[Caution: Email received from external source]

Good afternoon Lisa,

Wanted to inform you that the UPS class case has been filed in Kings County Court. The case is attached here. Will your client waive service of process?

FYI, cases for Fari Murray, Danny Moyle, and Roy Welch were filed as well. I will send you those pleadings under a different email as they have different case numbers. Tyler Lilly and Travis Steele will both be filed this week as they are reviewing the pleadings.

I am submitting Pro Hac applications for Kevin Mahoney, Rodney Diggs, and their colleagues.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*





Filed Complaint-Moyel...24.pdf