# EXHIBIT # 4

**From:** **Tyrone Blackburn** tblackburn@tablackburnlaw.com
**Subject:** Filing Correction
**Date:** April 5, 2024 at 10:00 PM
**To:** KCCOInfo@nycourts.gov

I think there was an unintentional error by the Clerks office.  The office assigned 2 case numbers to the same filing.  Additionally, the office has not assigned a case number to another case that I filed.  Please see attached.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

  

Filed Compl...T_1.pdf    Filed Complaint 50953...T_1.pdf    Tyler Lilly-UPS NYS C...ted.pdf