# EXHIBIT # 6

| | |
|---:|:---|
| **From:** | efile@nycourts.gov |
| **Subject:** | NYSCEF Alert: Kings - Torts - Other - 509535/2024 (TYLER LILLY, v. UNITED PARCELS SERVICE, INC.) |
| **Date:** | June 10, 2024 at 8:08 AM |
| **To:** | tblackburn@tablackburnlaw.com |



# Kings County Supreme Court

Change to NYSCEF Record
06/10/2024 08:07 AM

### Case modified by Craig Schatzman

This case was modified on 06/10/2024 08:07 AM. The Short Caption was changed to "TYLER LILLY, v. UNITED PARCELS SERVICE, INC.".

**Clerk's Comment:** correct short caption

### Case Information

Index #: **509535/2024**
Caption: **TYLER LILLY, v. UNITED PARCELS SERVICE, INC.**
Assigned Case Judge: **No Judge Assigned**

### E-mail Notifications Sent

| Name | Email Address |
|---|---|
| TYRONE BLACKBURN | tblackburn@tablackburnlaw.com |

**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log