# EXHIBIT # 7



## We Serve Law LLC                                              −$265.00
April 5, 2024 . Invoice paid

---

**Paid with**

Chase Sapphire Preferred
(VISA Credit Card x-0654)
You'll see "PAYPAL *WESERVE" on your card statement.

**Transaction ID**

9YU267237F128793Y

**Seller info**

$265.00  We Serve Law LLC
800-637-1805
info@weservelaw.com

**Purchase details**

| | |
|---|---|
| Service Fee<br>Service of Process UNITED PARCEL SERVICE GENERAL SERVICES CO. C/O CORPORATION SERVICE COMPANY 80 STATE STREET ALBANY, NY 12207 | $100.00 |
| Service Fee<br>Personal Service | $25.00 |
| Service Fee<br>Printing Fee | $80.00 |
| Service Fee<br>Travel Service Fee | $40.00 |
| **Amount** | **$265.00** |
| **Total** | **$265.00** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **October 2, 2024**. You may be **eligible for purchase protection**