# EXHIBIT # 9

**From:** **Tyrone Blackburn** tblackburn@tablackburnlaw.com
**Subject:** Re: Moyle, et al. v. UPS. 503187/2024
**Date:** June 14, 2024 at 1:35 PM
**To:** Lajewski, Leslie A.  leslie.lajewski@ogletree.com
**Cc:** Laura Watanabe  LWatanabe@welgpllc.com

Hi, Leslie and Laura,

I believe your clients have all been served with the state court Complaints. The time to appear has passed.  I am unsure if you are still representing these clients, but I wanted to give you a courtesy heads-up before I file a motion for default.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

On Feb 21, 2024, at 6:52 PM, Lajewski, Leslie A. <leslie.lajewski@ogletree.com> wrote:

Good evening Tyrone,

I wanted to let you know that Ogletree is not authorized to accept service of the attached Complaint. You will need to serve it on UPS through their New York state agent.

Regards,

Leslie

**Leslie A. Lajewski | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2322
leslie.lajewski@ogletree.com | www.ogletree.com | Bio

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, February 12, 2024 1:29 PM
**To:** Lajewski, Leslie A. <leslie.lajewski@ogletreedeakins.com>; Laura Watanabe <LWatanabe@welgpllc.com>
**Subject:** Moyle, et al. v. UPS. 503187/2024

[Caution: Email received from external source]

Good afternoon Lisa,

Wanted to inform you that the UPS class case has been filed in Kings County Court. The case is attached here. Will your client waive service of process?

FYI, cases for Fari Murray, Danny Moyle, and Roy Welch were filed as well. I will send you those pleadings under a different email as they have different case numbers. Tyler Lilly and Travis Steele will both be filed this week as they are reviewing the pleadings.

I am submitting Pro Hac applications for Kevin Mahoney, Rodney Diggs, and their colleagues.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

<Filed Complaint-Moyel et al., v. Ups, 503187_2024.pdf>