# EXHIBIT # 10

**From:** Tyrone Blackburn tblackburn@tablackburnlaw.com
**Subject:** Re: New Serve - TBLACKBURN@TABLACKBURNLAW.COM
**Date:** May 1, 2024 at 7:55 PM
**To:** We Serve Law LLC info@weservelaw.com

Following up. Please provide the affidavit of service

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

> On Apr 5, 2024, at 9:59 PM, We Serve Law LLC <info@weservelaw.com> wrote:
>
> Hello Tyrone,
>
> We are in receipt of the documents, 217 pages to be served on:
>
> **UNITED PARCEL SERVICE GENERAL SERVICES CO.**
> **C/O CORPORATION SERVICE COMPANY**
> **80 STATE STREET**
> **ALBANY, NY 12207**
>
> Here is a link to the invoice: https://www.paypal.com/invoice/p/#92WP7XHWH6E5424D
> As soon as it's paid we will dispatch for prompt service.
>
> We will update you upon completion of service and a copy of the notarized affidavit of service will be emailed and the original mailed to you.
>
> Any questions, please do not hesitate to ask.
>
> Thank you,



**We Serve Law LLC**

Nationwide Legal Services

**p:** 800-637-1805
**w:** weservelaw.com
**e:** info@weservelaw.com

> On Fri, Apr 5, 2024 at 9:53 PM TBLACKBURN <noreply@123formbuilder.com> wrote:

| | |
|---|---|
| **Name** | TYRONE ANTHONY BLACKBURN |
| **Email** | TBLACKBURN@TABLACKBURNLAW.COM |
| **Service** | Priority $100 |
| **Name and Address of Person or Entity to be Served** | UNITED PARCEL SERVICE GENERAL SERVICES CO.<br>C/O CORPORATION SERVICE COMPANY<br>80 STATE STREET<br>ALBANY, NY, 12207 |
| **Special Instructions** | |
| **File Upload** | https://app.123formbuilder.com/upload_dld.php?fileid=d075f8c9975008d277bc73fde1ced2d0 |

The message has been sent from 70.15.18.89 (United States) at 2024-04-05 21:53:04 on Chrome 123.0.0.0
Entry ID: 15144

<Filed Case. 503173_2024_ROY_WELSH_v_UNITED_PARCELS_SERVICE_INC_et_al_SUMMONS___COMPLAINT_1.pdf><Daniel Moyel-502752_2024_DANIEL_MOYLE_v_UNITED_PARCELS_SERVICE_INC_SUMMONS___COMPLAINT_1.pdf><Filed Complaint-509532_2024_TRAVIS_STEELE_v_UNITED_PARCELS_SERVICE_INC__SUMMONS___COMPLAINT_1.pdf><Fari Murray-502791_2024_FARI_MURRAY_v_UNITED_PARCELS_SERVICE_INC_et_al_SUMMONS___COMPLAINT_1.pdf><Daniel Moyel-503187_2024_DANIEL_MOYLE_et_al_v_DANIEL_MOYLE_et_al_SUMMONS___COMPLAINT_1.pdf>