# EXHIBIT # 11

**From:** **We Serve Law LLC** info@weservelaw.com 🖉
**Subject:** Re: New Serve - TBLACKBURN@TABLACKBURNLAW.COM
**Date:** May 2, 2024 at 4:15 PM
**To:** Tyrone Blackburn  tblackburn@tablackburnlaw.com

Please see attached affidavits of service. Originals will be mailed to you.

Please do not hesitate to contact us should you need service of process NATIONWIDE.

Thank you,



## We Serve Law LLC

Nationwide Legal Services

**p:** 800-637-1805

**w:** weservelaw.com

**e:** info@weservelaw.com

On Wed, May 1, 2024 at 8:07 PM We Serve Law LLC <info@weservelaw.com> wrote:
Allow me to follow up with the server and I will get back to you with status.



## We Serve Law LLC

Nationwide Legal Services

**p:** 800-637-1805

**w:** weservelaw.com

**e:** info@weservelaw.com

On Wed, May 1, 2024 at 7:55 PM Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:
Following up. Please provide the affidavit of service

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

> On Apr 5, 2024, at 9:59 PM, We Serve Law LLC <info@weservelaw.com> wrote:
>
> Hello Tyrone,
>
> We are in receipt of the documents, 217 pages to be served on:
>
> **UNITED PARCEL SERVICE GENERAL SERVICES CO.**
> **C/O CORPORATION SERVICE COMPANY**
> **80 STATE STREET**
> **ALBANY, NY 12207**
>
> Here is a link to the invoice: https://www.paypal.com/invoice/p/#92WP7XHWH6E5424D
> As soon as it's paid we will dispatch for prompt service.
>
> We will update you upon completion of service and a copy of the notarized affidavit of service will be emailed and the original mailed to you.
>
> Any questions, please do not hesitate to ask.
>
> Thank you,



## We Serve Law LLC

Nationwide Legal Services

**p:** 800-637-1805



**w:** [weservelaw.com](weservelaw.com)

**e:** [info@weservelaw.com](info@weservelaw.com)

On Fri, Apr 5, 2024 at 9:53 PM TBLACKBURN <[noreply@123formbuilder.com](noreply@123formbuilder.com)> wrote:

| | |
|---|---|
| **Name** | TYRONE ANTHONY BLACKBURN |
| **Email** | [TBLACKBURN@TABLACKBURNLAW.COM](TBLACKBURN@TABLACKBURNLAW.COM) |
| **Service** | Priority $100 |
| **Name and Address of Person or Entity to be Served** | UNITED PARCEL SERVICE GENERAL SERVICES CO.<br>C/O CORPORATION SERVICE COMPANY<br>80 STATE STREET<br>ALBANY, NY, 12207 |
| **Special Instructions** | |
| **File Upload** | [https://app.123formbuilder.com/upload_dld.php?fileid=d075f8c9975008d277bc73fde1ced2d0](https://app.123formbuilder.com/upload_dld.php?fileid=d075f8c9975008d277bc73fde1ced2d0) |

The message has been sent from 70.15.18.89 (United States) at 2024-04-05 21:53:04 on Chrome 123.0.0.0
Entry ID: 15144
<Filed Case. 503173_2024_ROY_WELSH_v_UNITED_PARCELS_SERVICE_INC_et_al_SUMMONS___COMPLAINT_1.pdf>
<Daniel Moyel-502752_2024_DANIEL_MOYLE_v_UNITED_PARCELS_SERVICE_INC_SUMMONS___COMPLAINT_1.pdf>
<Filed Complaint-
509532_2024_TRAVIS_STEELE_v_UNITED_PARCELS_SERVICE_INC__SUMMONS___COMPLAINT_1.pdf><Fari Murray-
502791_2024_FARI_MURRAY_v_UNITED_PARCELS_SERVICE_INC_et_al_SUMMONS___COMPLAINT_1.pdf><Daniel
Moyel-503187_2024_DANIEL_MOYLE_et_al_v_DANIEL_MOYLE_et_al_SUMMONS___COMPLAINT_1.pdf>



We Serve
Affirma...(1).pdf

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

---

**DANIEL MOYLE, ROY WELSH, CARLOS PALAGUACHI, et al.,**    **Plaintiff(s) – Petitioner(s)**


**V.**    **INDEX NO.: 503187/2024**


**UNITED PARCELS SERVICE, INC.,**    **Defendant(s) – Respondent(s)**

---

STATE OF NEW YORK
COUNTY OF RENSSELAER    ss.:

John Habermehl, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **05/02/2024** at **11:39 AM,** I served a true copy of a **DEMAND FOR JURY TRIAL CLASS ACTION COMPLAINT UNDER N.Y. CPLR § 901, CERTIFICATE OF MERIT, ATTORNEY VERIFICATION** upon **UNITED PARCEL SERVICE GENERAL SERVICES CO. C/O CORPORATION SERVICE COMPANY** at 80 STATE STREET, ALBANY, NY 12207 in the manner indicated below:

| | |
|---|---|
| **Corporation [ X ]** | By delivering a true copy of each to JOHN DOE (REFUSED TO PROVIDE NAME) personally. Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **AUTHORIZED REPRESENTATIVE** thereof, and an authorized person to accept service of process. |

| **Approximate Description of Receipt** | **Male** | **White** | **Red** | **40-50** | **5'10"** | **200 lbs** | |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

I affirm on ___5/2___, 20_2 4_ under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

John Habermehl
52 Graw Rd.
Nassau, NY 12123
800-637-1805

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

| | |
|---|---|
| FARI MURRAY, | **Plaintiff(s) – Petitioner(s)** |
| V. | **INDEX NO.: 502791/2024** |
| UNITED PARCELS SERVICE, INC.,<br>and WILLIAM GREY, | **Defendant(s) – Respondent(s)** |

STATE OF NEW YORK
COUNTY OF RENSSELAER    ss.:

John Habermehl, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **05/02/2024** at **11:39 AM,** I served a true copy of a **SUMMONS, DEMAND FOR JURY TRIAL COMPLAINT, CERTIFICATE OF MERIT, ATTORNEY VERIFICATION** upon **UNITED PARCEL SERVICE GENERAL SERVICES CO. C/O CORPORATION SERVICE COMPANY** at 80 STATE STREET, ALBANY, NY 12207 in the manner indicated below:

| Corporation<br>[ X ] | By delivering a true copy of each to JOHN DOE (REFUSED TO PROVIDE NAME) personally. Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **AUTHORIZED REPRESENTATIVE** thereof, and an authorized person to accept service of process. |
|---|---|

| Approximate<br>Description of<br>Receipt | Male | White | Red | 40-50 | 5'10" | 200 lbs | |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

I affirm on _____5/2_____, 20 2 4 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

John Habermehl
52 Graw Rd.
Nassau, NY 12123
800-637-1805

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

---

TRAVIS STEELE,

**Plaintiff(s) – Petitioner(s)**

V.

**INDEX NO.: 509532/2024**

UNITED PARCELS SERVICE, INC.,

**Defendant(s) – Respondent(s)**

---

STATE OF NEW YORK
COUNTY OF RENSSELAER    ss.:

John Habermehl, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **05/02/2024** at **11:39 AM,** I served a true copy of a **SUMMONS, DEMAND FOR JURY TRIAL COMPLAINT, CERTIFICATE OF MERIT, ATTORNEY VERIFICATION** upon **UNITED PARCEL SERVICE GENERAL SERVICES CO. C/O CORPORATION SERVICE COMPANY** at 80 STATE STREET, ALBANY, NY 12207 in the manner indicated below:

| | |
|---|---|
| Corporation [ X ] | By delivering a true copy of each to JOHN DOE (REFUSED TO PROVIDE NAME) personally. Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **AUTHORIZED REPRESENTATIVE** thereof, and an authorized person to accept service of process. |

| Approximate Description of Receipt | Male | White | Red | 40-50 | 5'10" | 200 lbs | |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

I affirm on _____ 5/2 _____, 20 2 4 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

John Habermehl
52 Graw Rd.
Nassau, NY 12123
800-637-1805

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

DANIEL MOYLE,

**Plaintiff(s) – Petitioner(s)**

V.

**INDEX NO.: 502752/2024**

**UNITED PARCELS SERVICE, INC.,**

**Defendant(s) – Respondent(s)**

STATE OF NEW YORK
COUNTY OF RENSSELAER      ss.:

John Habermehl, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **05/02/2024** at **11:39 AM**, I served a true copy of a **SUMMONS, DEMAND FOR JURY TRIAL COMPLAINT, CERTIFICATE OF MERIT, ATTORNEY VERIFICATION** upon **UNITED PARCEL SERVICE GENERAL SERVICES CO. C/O CORPORATION SERVICE COMPANY** at 80 STATE STREET, ALBANY, NY 12207 in the manner indicated below:

| Corporation [ X ] | By delivering a true copy of each to JOHN DOE (REFUSED TO PROVIDE NAME) personally. Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **AUTHORIZED REPRESENTATIVE** thereof, and an authorized person to accept service of process. |

| Approximate Description of Receipt | Male | White | Red | 40-50 | 5'10" | 200 lbs | |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

I affirm on _____*5/2*_____, 20*24* under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

John Habermehl
52 Graw Rd.
Nassau, NY 12123
800-637-1805

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

ROY WELSH,                                                    Plaintiff(s) – Petitioner(s)


V.                                                           INDEX NO.: 503173/2024


**UNITED PARCELS SERVICE, INC., et al.,**                    Defendant(s) – Respondent(s)

STATE OF NEW YORK
COUNTY OF RENSSELAER      ss.:

John Habermehl, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **05/02/2024** at 11:39 AM, I served a true copy of a **SUMMONS, DEMAND FOR JURY TRIAL COMPLAINT, CERTIFICATE OF MERIT, ATTORNEY VERIFICATION** upon **UNITED PARCEL SERVICE GENERAL SERVICES CO. C/O CORPORATION SERVICE COMPANY** at 80 STATE STREET, ALBANY, NY 12207 in the manner indicated below:

| | |
|---|---|
| **Corporation [ X ]** | By delivering a true copy of each to JOHN DOE (REFUSED TO PROVIDE NAME) personally. Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **AUTHORIZED REPRESENTATIVE** thereof, and an authorized person to accept service of process. |

| **Approximate Description of Receipt** | Male | White | Red | 40-50 | 5'10" | 200 lbs | |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

I affirm on _____ 5/2 _____, 2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

John Habermehl
52 Graw Rd.
Nassau, NY 12123
800-637-1805