# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*ATTORNEYS AT LAW*
599 Lexington Avenue, Suite 1700
New York, NY 10022
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Leslie A. Lajewski
(973) 630-2322
leslie.lajewski@ogletree.com

July 25, 2025

<u>**Via ECF**</u>
Brenda B. Mahoney
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:** <u>Daniel Moyle, et al. v. United Parcels Service, Inc.</u>
<u>Case No. 1:24-cv-03880-LDH-JRC</u>

Dear Ms. Mahoney:

We represent Defendant United Parcel Service, Inc. (improperly pled as "United Parcels Service, Inc.") in the above-referenced matter.

Enclosed for your signature, please find a proposed Order of Judgment adopting the Order filed by Judge LaShann D'Arcy Hall, United States Magistrate Judge, on May 19, 2025, which was entered on July 14, 2025.

We thank the Court for its continued assistance in this matter.

Very truly yours,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Leslie A. Lajewski*
Leslie A. Lajewski, Esq.

LL:aer
Enclosure

CC: Tyrone A. Blackburn, Esq. (*via ECF*)

A South Carolina Professional Corporation ▪ Steven J. Luckner ▪ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Montréal (Canada) ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington