UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL MOYLE, ROY WELSH, CARLOS PALAGUACHI, ROBERT SANTIAGO, AHMED RADWAN, TYLER LILLY, TRAVIS STEELE, and WARREN PAYNE, individually and on behalf of others similarly situated,

           Plaintiffs,

-against-

UNITED PARCELS SERVICE, INC.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:24-cv-03880-LDH-JRC

**ORDER OF JUDGMENT**

An Order of the Honorable LaShann DeArcy Hall, United States Magistrate Judge, having been filed on May 19, 2025 and entered on July 14, 2025, granting Defendant's Motion to Dismiss; it is

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss, is granted.

Dated: Brooklyn, NY
       July _____, 2025

Brenna B. Mahoney
Clerk of the Court

By: _____