UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DANIEL MOYLE, ROY WELSH, CARLOS
PALAGUACHI, ROBERT SANTIAGO,
AHMED RADWAN, TYLER LILLY,
TRAVIS STEELE, and WARREN PAYNE,
individually and on behalf of others similarly
situated,

              Plaintiffs,

v.

UNITED PARCELS SERVICE, INC.,

              Defendant.
----------------------------------------------------------------X

JUDGMENT

24-cv-03880-LDH-JRC

An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on August 19, 2025, granting defendant's motion to dismiss; it is

ORDERED and ADJUDGED that defendant's motion to dismiss is granted.

Dated: Brooklyn, New York
      August 20, 2025

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk